IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MYLAN PHARMACEUTICALS INC., <br>     781 Chestnut Ridge Road <br>     Morgantown, WV 26505 <br><br>     Plaintiff, <br><br> v. <br><br> KATHLEEN SEBELIUS, <br> in her official capacity as <br> SECRETARY OF HEALTH AND <br> HUMAN SERVICES, <br>     200 Independence Avenue, S.W. <br>     Washington, DC 20204, and <br><br> MARGARET HAMBURG, M.D., <br> in her official capacity as <br> COMMISSIONER OF FOOD AND DRUGS, <br>     10903 New Hampshire Ave. <br>     Rockville, MD 20993 <br><br> UNITED STATES FOOD AND DRUG <br> ADMINISTRATION, <br>     10903 New Hampshire Ave. <br>     Rockville, MD 20993 <br><br>     Defendants. | Civil Action No. |

## MYLAN'S MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff, Mylan Pharmaceuticals Inc. ("Mylan"), by and through counsel, respectfully submits this motion for a preliminary injunction against Defendants, Kathleen Sebelius, in her official capacity as Secretary of Health and Human Services, Margaret Hamburg, M.D., in her official capacity as Commissioner of Food and Drugs, and the United States Food and Drug

Administration ("FDA"). Mylan requests that the Court enter a preliminary injunction directing Defendants to approve Mylan's Abbreviated New Drug Application No. 76-594.

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities and exhibits thereto. Given the urgency of this matter, Mylan respectfully requests an expedited hearing date on or before April 6, 2012 or as soon as the Court is available. The undersigned confirms that in addition to serving the named Defendants, courtesy copies of the Complaint and its exhibits as well as this motion and accompanying supporting brief and exhibits will be provided to Counsel for Teva Pharmaceuticals USA, Inc. and Cephalon, Inc..

Dated: April 5, 2012

Respectfully submitted,

_____
E. Anthony Figg (#345124)
Glenn E. Karta (#439402)
R. Elizabeth Brenner-Leifer (#461486)
ROTHWELL, FIGG, ERNST & MANBECK PC
607 14th Street, NW, Suite 800
Washington, DC 20005
(202) 783-6040

Attorneys for Plaintiff
MYLAN PHARMACEUTICALS INC.