IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MYLAN PHARMACUETICALS INC.<br>781 Chestnut Ridge Road<br>Morgantown, WV 26505<br><br>                    Plaintiff,<br><br>v.<br><br>KATHLEEN SEBELIUS,<br>in her official capacity as<br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br>200 Independence Avenue, S.W.<br>Washington, DC 20204, and<br><br>MARGARET HAMBURG, M.D.,<br>in her official capacity as<br>COMMISSIONER OF FOOD AND DRUGS,<br>10903 New Hampshire Ave.<br>Rockville, MD 20993<br><br>UNITED STATES FOOD AND DRUG<br>ADMINISTRATION<br>10903 New Hampshire Ave.<br>Rockville, MD 20993<br><br>                    Defendants. | Civil Action No. |

## DECLARATION OF BRETT A. POSTAL

I, Brett A. Postal, declare as follows:

1. I am a member of the Virginia State Bar and of the firm Rothwell, Figg, Ernst & Manbeck, P.C., attorneys for Mylan Pharmaceuticals, Inc. ("Mylan"). I submit this declaration in support of Mylan's Motion for a Preliminary Injunction. I have personal knowledge of the facts stated in this declaration and have personally reviewed the attached

documents. If called upon to do so, I could, and would, competently testify on the matters set forth herein.

2. Annexed hereto as Exhibit 1 is a true and correct copy of Mylan's Paragraph IV certification letter for U.S. Patent Nos. 4,927,855 and RE37,516.

3. Annexed hereto as Exhibit 2 is a true and correct copy of a letter from the United States Food and Drug Administration ("FDA") to Mylan dated April 4, 2012.

4. Annexed hereto as Exhibit 3 is a true and correct copy of a March 15, 2011, Order in *Apotex, Inc. v. Cephalon, Inc.*, No. 06-2768, slip op. at 1, 8 (E.D. Pa. Mar. 15, 2011).

5. Annexed hereto as Exhibit 4 is a true and correct copy of a November 7, 2011 Amended Memorandum Opinion in *Apotex, Inc. v. Cephalon, Inc.*, No. 06-2768, 2011 U.S. Dist. LEXIS 125859, at *85 (E.D. Pa. Nov. 7, 2011).

6. Annexed hereto as Exhibit 5 is a true and correct copy of a March 28, 2012 Memorandum Opinion in *Apotex, Inc. v. Cephalon, Inc.*, No. 06-2768, 2012 U.S. Dist. LEXIS 43479, at *55 (E.D. Pa. Mar. 28, 2012).

7. Attached hereto as Exhibit 6 is a true and correct copy of Mylan's Paragraph IV certification letter for U.S. Patent No. 7,297,346.

8. Attached hereto as Exhibit 7 is a true and correct copy of a letter from Mylan to the FDA dated January 30, 2012.

9. Attached hereto as Exhibit 8 is a true and correct copy of a letter from Mylan to the FDA dated March 30, 2012.

10. Attached hereto as Exhibit 9 is a true and correct copy of Teva Pharmaceuticals USA, Inc. and Cephalon Inc.'s Complaint for Declaratory and Injunctive Relief filed with this Court on April 3, 2012 in Civ. Action No. 1:12-cv-00512-RWR.

11.  Attached hereto as Exhibit 10 is a true and correct copy of excerpts of Teva Pharmaceuticals Industries Ltd.'s 20F Statement as filed on February 17, 2012.

12.  Attached hereto as Exhibit 11 is a true and correct copy of excerpts of Cephalon Inc.'s SC 13D Statement as filed on November 14, 2011.

13.  Attached hereto as Exhibit 12 is a true and correct copy of a letter from the FDA to Mr. David G. Adams dated July 31, 2003 and the FDA's *Guidance for Industry: 180-Day Exclusivity When Multiple ANDAs Are Submitted on the Same Day.*

14.  Attached hereto as Exhibit 13 is a true and correct copy of a letter from the FDA to Mylan dated December 24, 2002.

15.  Attached hereto as Exhibit 14 is a true and correct copy of a letter from the FDA from the FDA to Mr. David G. Adams dated July 31, 2003.

16.  Attached hereto as Exhibit 15 is a true and correct copy of a letter from the FDA to Teva Pharmaceuticals – Americas dated March 28, 2012.

17.  Attached hereto as Exhibit 16 is a true and correct copy of Plaintiff Teva Pharmaceuticals USA, Inc. and Cephalon, Inc.'s Motion for Temporary Restraining Order filed with this Court on April 3, 2012 in Civ. Action No. 1:12-cv-00512-RWR.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 5, 2012.

_____
Brett A. Postal