# EXHIBIT 1

# MYLAN PHARMACEUTICALS INC

781 Chestnut Ridge Road • P. O. Box 4310 • Morgantown, West Virginia 26504-4310 U.S.A. • (304) 599-2595

Office of Generic Drugs, CDER, FDA        DEC 2 4 2002
Gary J. Buehler, Director
Document Control Room
Metro Park North II
7500 Standish Place, Room 150
Rockville, MD 20855-2773

                                RE:    MODAFINIL TABLETS, 100MG AND 200MG

                                      U.S. PATENT NOS. 4,927,855 AND RE37516
                                      **PARAGRAPH IV CERTIFICATION**

Dear Mr. Buehler:

      Pursuant to Section 505(j)(2)(A)(vii) of the Federal Food, Drug and Cosmetic Act, Mylan certifies that in its opinion and to the best of its knowledge, U.S. Patent Nos. 4,927,855 and RE37516 are invalid, unenforceable or will not be infringed by the manufacture, use, sale, offer for sale, or importation of the Modafinil Tablets, 100mg and 200mg for which this application is submitted.

      Mylan further certifies that according to the exclusivity information published by the FDA in that document entitled "Approved Drug Products with Therapeutic Equivalence Evaluations" 22ndEdition through the Electronic Orange Book Cumulative Supplement 10, the referenced product is covered by the following exclusivity provisions: ODE which expires December 24, 2005 and NCE which expires December 24, 2003.

      In addition, pursuant to Section 505(j)(2)(B)(i) of the Federal Food, Drug and Cosmetic Act, Mylan will provide notice to each owner of the patents which are the subject of the certification, or their representatives, and also to the holder of the approved application for the listed drug claimed by said patents. Said notice will comply with the requirements set forth in 21 CFR 314.95(c) with respect to the content of the notice. Said notice will be provided as set forth in 21 CFR 314.95(b), when Mylan receives from FDA an acknowledgment letter stating that this ANDA is sufficiently complete to permit a substantive review. Further, Mylan commits to amend this application pursuant to 21 CFR 314.95(e) to provide certification that notifications sent to the patent owner and application holder have been received.

Department—Fax Numbers
Accounting (304) 285-6403
Administration (304) 599-7284
Business Development (304) 599-7284
Human Resources (304) 598-5406
Information Systems
Label Control
Legal Services
Maintenance & Engineering
Medical Unit
(304) 285-6404
(800) 848-0463
(304) 598-5408
(304) 598-5411
(304) 598-5445
Purchasing (304) 598-5401
Quality Control (304) 598-5407
Research & Development (304) 285-6409
Sales & Marketing (304) 598-3232

9

Mr. Gary Buehler
Page 2

      Mylan will market its Modafinil Tablets, 100mg and 200mg upon approval of this application, resolution of the validity, enforcement, or infringement of patent numbers 4,927,855 and RE37516, and expiration of the exclusivity provisions identified above.

Sincerely,

Dawn Beto

Dawn J. Beto, Esq.
Associate General Counsel