# EXHIBIT 2



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Food and Drug Administration
Rockville, MD 20857

ANDA 076594

Mylan Pharmaceuticals, Inc.
Attention: S. Wayne Talton
          Vice President, Regulatory Affairs
781 Chestnut Ridge Road
P.O. Box 4310
Morgantown, WV 26504-4310

Dear Sir:

This is in reference to your abbreviated new drug application (ANDA) dated December 24, 2002, submitted pursuant to section 505(j) of the Federal Food, Drug, and Cosmetic Act (the Act), for Modafinil Tablets USP, 100 mg and 200 mg.

Reference is made to the tentative approval letter issued by this office on February 9, 2005, and to your amendments dated April 1, and August 8, 2011; January 20, January 30, February 14, and March 30 (2 submissions), 2012.

We have completed the review of this ANDA as amended, and based upon the information you have presented to date we have concluded that the drug is safe and effective for use as recommended in the submitted labeling.  However, we cannot grant final approval to your ANDA at this time, as discussed below. Therefore, the ANDA remains **tentatively approved**.  This determination is based upon information available to the agency at this time (i.e., information in your ANDA and the status of current good manufacturing practices (cGMPs) of the facilities used in the manufacture and testing of the drug product).  This determination is subject to change on the basis of new information that may come to our attention.

The reference listed drug (RLD) upon which you have based your ANDA, Provigil® Tablets, is subject to periods of patent protection.  As noted in the agency's publication titled <u>Approved Drug Products with Therapeutic Equivalence Evaluations</u> (the "Orange Book"), U.S. Patent Nos. 7,297,346 (the '346 patent) and RE37,516 (the '516 patent) expire on November 29, 2023, and October 6, 2014, respectively.  Each has a six-month period of pediatric exclusivity attached pursuant to section 505A of the Act.  These pediatric exclusivity periods expire on May 29, 2024, and April 6, 2015, respectively.

Reference ID: 3111344

Your ANDA contains paragraph IV certifications under section 505(j)(2)(A)(vii)(IV) of the Act stating that each patent is invalid, unenforceable, or will not be infringed by your manufacture, use, or sale of Modafinil Tablets USP, 100 mg and 200 mg, under this ANDA. You have notified the agency that Mylan Pharmaceuticals, Inc. (Mylan) complied with the requirements of section 505(j)(2)(B) of the Act, and litigation for infringement of the '516 patent was brought against Mylan within the statutory 45-day period in the United States District Court for the District Court of New Jersey [Cephalon, Inc. vs. Mylan Pharmaceuticals, Inc., et al., Civil Action No. 03-CV-1394 (D.N.J.)(JCL)]. The 30-month stay of approval associated with this litigation has expired. With respect to the '346 patent, you have notified the agency that no litigation was initiated against Mylan.

However, we are unable at this time to grant final approval to your ANDA. Prior to the submission of Mylan's certification to the '346 patent,[1] another applicant with a substantially complete ANDA for Modafinil Tablets USP, 100 mg and 200 mg, submitted a paragraph IV certification to the '346 patent and complied with the requirements of section 505(j)(2)(B) of the Act. This other applicant also had submitted a substantially complete ANDA with a paragraph IV certification to the '516 patent on the same day as Mylan, i.e., on December 24, 2002.[2] This other ANDA applicant is entitled to 180-day generic drug exclusivity under section 505(j)(5)(B)(iv) of the Act because it is the only applicant that filed a substantially complete ANDA (or supplement) that contained a paragraph IV certification to each patent on the first day on which any such certification was received for each patent. This applicant has triggered its exclusivity period, and your ANDA will be eligible for final approval on or after September 26, 2012.

Please note that if FDA requires a Risk Evaluation & Mitigation Strategy (REMS) for a listed drug, an ANDA citing that listed drug also will be required to have a REMS. See section 505-1(i) of the Act.

---

[1] The '346 patent was listed in the Orange Book almost five years after the submission of your ANDA. Your certification to the '346 patent was submitted in an amendment to your ANDA.

[2] In a separate letter sent to Mylan today, the agency explains its determination that Mylan is not a sole first applicant with respect to the '516 patent.

To reactivate your ANDA prior to final approval, please submit a "MINOR AMENDMENT - FINAL APPROVAL REQUESTED" 90 days prior to the date you believe that your ANDA will be eligible for final approval. This amendment should provide the legal/regulatory basis for your request for final approval and should include a copy of a court decision, or a settlement or licensing agreement, as appropriate. It should also identify changes, if any, in the conditions under which the ANDA was tentatively approved, i.e., updated information such as final-printed labeling, chemistry, manufacturing, and controls data as appropriate. This amendment should be submitted even if none of these changes were made, and it should be designated clearly in your cover letter as a MINOR AMENDMENT - FINAL APPROVAL REQUESTED.

In addition to the amendment requested above, the agency may request at any time prior to the date of final approval that you submit an additional amendment containing the requested information. Failure to submit either or, if requested, both amendments may result in rescission of the tentative approval status of your ANDA, or may result in a delay in the issuance of the final approval letter.

Any significant changes in the conditions outlined in this ANDA as well as changes in the status of the manufacturing and testing facilities' cGMPs are subject to agency review before final approval of the ANDA will be made. Such changes should be categorized as representing either "major" or "minor" changes, and they will be reviewed according to OGD policy in effect at the time of receipt. The submission of multiple amendments prior to final approval may also result in a delay in the issuance of the final approval letter.

This drug product may not be marketed without final agency approval under section 505 of the Act. The introduction or delivery for introduction into interstate commerce of this drug product before the final approval date is prohibited under section 301 of the Act. Also, until the agency issues the final approval letter, this drug product will not be deemed to be approved for marketing under section 505 of the Act, and will not be listed in the "Orange Book."

For further information on the status of this ANDA, or prior to submitting additional amendments, please contact Sean Belouin, Project Manager, at (240) 276-8566.

Sincerely yours,

*{See appended electronic signature page}*

Keith Webber, Ph.D.
Deputy Director
Office of Pharmaceutical Science
Center for Drug Evaluation and Research

---
**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**
---

/s/
------------------------------------------------

ROBERT L WEST
04/04/2012
Deputy Director, Office of Generic Drugs
for Keith Webber, Ph.D.