# EXHIBIT 6


Pharmaceuticals

781 Chestnut Ridge Road
Morgantown, WV 26505 USA
Phone  304.599.2595
Web    www.mylan.com

February 2, 2011

Office of Generic Drugs, CDER, FDA
Keith Webber, Ph.D., Acting Director
Document Control Room, Metro Park North VII
7620 Standish Place
Rockville, MD  20855-2810

> RE:   MODAFINIL TABLETS USP, 100 MG AND 200 MG
>
> ANDA # 076594
>
> **PATENT AMENDMENT**
>
> U.S. PATENT NO. 7,297,346
> **PARAGRAPH IV CERTIFICATION**

Dear Dr. Webber:

Reference is made to the Abbreviated New Drug Application ("ANDA") identified above. Mylan Pharmaceuticals Inc. ("Mylan") previously filed its patent certification and exclusivity information for the above referenced product. At the time of such filing, Mylan's certifications were and remain correct. This current amendment is submitted to address a patent filing by the holder of the referenced drug, which was filed subsequent to Mylan's previous submissions.

Pursuant to Section 505(j)(2)(A)(vii) of the Federal Food, Drug, and Cosmetic Act, Mylan certifies that in its opinion and to the best of its knowledge, U.S. Patent No. 7,297,346 is invalid, unenforceable or will not be infringed by the manufacture, use, sale, offer for sale, or importation of Modafinil Tablets USP, 100 mg and 200 mg. This patent expires November 29, 2023, with an associated pediatric exclusivity that expires May 29, 2024.

Pursuant to § 314.94(a)(12)(v), Mylan hereby informs you that it has been granted a license and/or sublicense to U.S. Patent No. 7,297,346 from the owner of the patent, which permits Mylan to market its Modafinil Tablets USP, 100 mg and 200 mg prior to the expiration of U.S. Patent No. 7,297,346.

In addition, pursuant to Section 505(j)(2)(B) of the Federal Food, Drug and Cosmetic Act and 21 C.F.R. § 314.95(d), Mylan certifies it has, at the time of the filing of this amendment, given notice to the owner of the patent which is the subject of the certification, or its representatives, and also to the holder of the approved application for the listed drug

Office of Generic Drugs, CDER, FDA
Keith Webber, Ph.D., Acting Director
Page 2 of 2

claimed by said patent. Said notice complies with the requirements set forth in 21 C.F.R. § 314.95(c) with respect to the content of the notice. Further, Mylan commits to amend this application pursuant to 21 C.F.R. § 314.95(e) to provide documentation that notifications sent to the patent owner(s) and application holder have been received.

The patent certification set forth herein is made as an addition to the patent and exclusivity information set forth in Mylan's previous submissions. All patent and exclusivity information set forth in those submissions remains intact and this letter is merely an update to reflect Mylan's certification to the newly filed patent.

Pursuant to the agreement discussed above, Mylan also received a license that permits Mylan to market its Modafinil Tablets USP, 100 mg and 200 mg prior to expiration of U.S. Patent No. RE37516. In addition, any non-patent exclusivities associated with U.S. Patent No. RE37516 has expired. The litigation associated with Mylan's Paragraph IV certification for U.S. Patent No. RE37516 was dismissed with prejudice pursuant to a stipulation entered on January 12, 2006. Accordingly, Mylan seeks approval to market its Modafinil Tablets USP, 100 mg and 200 mg, upon completion of the regulatory review process and prior to the expiration of U.S. Patent Nos. RE37516 and 7,297,346 and any associated pediatric exclusivities.

Sincerely,

*Marcie E. McClintic Coates*
Marcie E. McClintic Coates
Global Regulatory Counsel