# EXHIBIT 7



781 Chestnut Ridge Road
Morgantown, WV 26505 USA
Phone  304.599.2595
Web    www.mylan.com

January 30, 2012

**MINOR AMENDMENT – REQUEST FOR FINAL APPROVAL**
**(CHEMISTRY INFORMATION PROVIDED)**

Office of Generic Drugs, CDER, FDA
Keith Webber, Ph.D., Acting Director
Document Control Room, Metro Park North VII
7620 Standish Place
Rockville, MD 20855-2810

　　　RE:  MODAFINIL TABLETS USP, 100 MG AND 200 MG
　　　　　 ANDA 076594
　　　　　 SEQUENCE NUMBER:  0003
　　　　　 (Minor Amendment - Request for Final Approval)

Dear Dr. Webber:

Reference is made to the Abbreviated New Drug Application (ANDA) identified above that
received Tentative Approval on February 9, 2005 (refer to Section 1.4.4 for a copy of the
Tentative Approval letter).  Reference is also made to the Major Amendment submitted on
April 1, 2011, which provided for the use of drug substance sourced for Mylan Laboratories
Limited (formerly Matrix Laboratories Limited) in the manufacture of Modafinil Tablets, USP.

Mylan previously informed the Agency that it had entered into a settlement and licensing
agreement ("Agreement") with the application holder of the reference listed drug and patent
owner of the '346 and '516 patents that grants Mylan a license under these patents and any other
patents that may be listed in the Orange Book as covering the reference listed drug.  The
Agreement grants Mylan a license to market its ANDA product on April 6, 2012 (or earlier
under certain circumstances).

Therefore, in accordance with the conditions outlined in the February 9, 2005 tentative approval
letter, Mylan hereby requests final approval of Modafinil Tablets USP, 100 mg and 200 mg be
granted no later than April 6, 2012.

As outlined in the Agency's February 9th Tentative Approval letter, Mylan would like to provide
the following updates to the chemistry, manufacturing and controls documentation:
- Matrix Laboratories Limited, a supplier of Modafinil, USP, updated their DMF (16306)
  to provide for a name change to Mylan Laboratories Limited and to include additional
  plots (35 and 36) in the manufacturing address for the storage of raw materials (refer to

Keith Webber
Page 2 of 2

the correspondence in Section 3.2.S.2.1). The U.S. Agent name was changed from Matrix Laboratories, Inc. to Mylan Laboratories, Inc. Updated establishment information is provided in Section 3.2.S.2.1.

- Dipharma Francis, a supplier of Modafinil, USP, updated their DMF (16250) to change their U.S. Agent from GYMA to PharmaQ. Updated establishment information is provided in Section 3.2.S.2.1.
- Prevalere Life Sciences, a contract laboratory utilized for the elemental analysis of the House Reference Standard, changed their name to ICON Development Solutions. Updated establishment information is provided in Section 3.2.P.3.1 as well as a cGMP and debarment statement from ICON.

With respect to labeling, Mylan submitted Final Printed Labeling in a Labeling Amendment dated January 20, 2012.

All files in this amendment have been scanned utilizing Norton antivirus software and are free of known viruses. All correspondence regarding this amendment should be directed to the attention of the undersigned at (304) 599-2595, ext. 6551 and/or via facsimile at (304) 285-6407.

Mylan considers the information herein to be confidential commercial information protected from disclosure under exemption 4 of the Freedom of Information Act ("FOIA"). If this amendment is requested to be disclosed under FOIA, Mylan requests that it be notified ahead of time and be provided an opportunity to object to such disclosure pursuant to 21 CFR § 20.61.

Sincerely,

*<Please see following page for signature manifestation.>*

S. Wayne Talton
Vice President
Regulatory Affairs

SWT/klm

# SIGNATURE MANIFESTATION

**Document Name** :   moda-cvr-0003

**Document Title** :   Cover Letter - 0003 - Chemistry Amendment - 20120130

**Document Version** :   0.5; CURRENT; Most-Recent; In Approval

| Date | Signed By | Reason for Signing |
| --- | --- | --- |
| 30-Jan-2012 10:36 AM EST | Wayne Talton | Approve |

Object ID: 0901474e811f69f9