# EXHIBIT 8


**Pharmaceuticals**

781 Chestnut Ridge Road
Morgantown, WV 26505 USA
Phone  304.599.2595
Web    www.mylan.com

March 30, 2012

## GENERAL CORRESPONDENCE

Office of Generic Drugs, CDER, FDA
Keith Webber, Ph.D., Acting Director
Document Control Room, Metro Park North VII
7620 Standish Place
Rockville, MD 20855-2810

    RE:  MODAFINIL TABLETS USP, 100 MG AND 200 MG
          ANDA 076594
          SEQUENCE NUMBER: 0006

Dear Dr. Webber:

Reference is made to the Abbreviated New Drug Application (ANDA) identified above which was originally submitted on December 24, 2002 and received Tentative Approval on February 9, 2005. Reference is also made to Mylan's Minor Amendment- Request for Final Approval submitted on January 30, 2012. As we understand, Mylan's ANDA now meets all statutory requirements for approval and the regulatory review process has been completed.

There are no statutory or other barriers (such as a 30 month stay, court order or other restriction) which would prevent FDA approval of our application. Therefore, Mylan hereby requests that FDA grant final approval of our application immediately.

All files in this correspondence have been scanned utilizing Norton antivirus software and are free of known viruses. All inquiries regarding this correspondence should be directed to the attention of the undersigned at (304) 599-2595, ext. 6551 and/or via facsimile at (304) 285-6407.

Sincerely,

*<Please see following page for signature manifestation.>*

S. Wayne Talton
Vice President
Regulatory Affairs

SWT/dn