# EXHIBIT 10

# TEVA PHARMACEUTICAL INDUSTRIES LTD (TEVA)

## 20-F
Annual and transition report of foreign private issuers pursuant to
sections 13 or 15(d)
Filed on 02/17/2012
Filed Period 12/31/2011

THOMSON REUTERS ACCELUS™



Table of Contents

closing of the borders of the countries in which we sell our products, or in which our operations are located, due to economic, legislative, political and military conditions, including hostilities and acts of terror, in such countries.

Our executive offices and a substantial percentage of our manufacturing capabilities are located in Israel. Our Israeli operations are dependent upon materials imported from outside Israel. We also export significant amounts of products from Israel. Accordingly, our operations could be materially and adversely affected by acts of terrorism or if major hostilities were to occur in the Middle East or trade between Israel and its present trading partners were curtailed, including as a result of acts of terrorism in the U.S. or elsewhere.

***The manufacture of our products is highly complex, and an interruption in our supply chain or problems with internal or third party information technology systems could adversely affect our results of operations.***

Our products are either manufactured at our own facilities or obtained through supply agreements with third parties. Many of our products are the result of complex manufacturing processes, and some require highly specialized raw materials. For some of our key raw materials, we have only a single, external source of supply, and alternate sources of supply may not be readily available. For example, we purchase raw materials for most of our oral contraceptive products, which make up a substantial portion of our women's health business, exclusively or primarily from the same external source. If our supply of certain raw materials or finished products is interrupted from time to time, or proves insufficient to meet demand, our results of operations could be adversely impacted.

We also rely on complex shipping arrangements throughout the various facilities of our supply chain spectrum. Customs clearance and shipping by land, air or sea routes rely on and may be affected by factors that are not in our full control or are hard to predict.

In addition, we rely on complex information technology systems, including Internet-based systems, to support our supply-chain processes as well as internal and external communications. The size and complexity of our systems make them potentially vulnerable to breakdown or interruption, whether due to computer viruses or other causes that may result in the loss of key information or the impairment of production and other supply chain processes. Such disruptions and breaches of security could adversely affect our business.

***The failure to recruit or retain key personnel, including Cephalon employees, or to attract additional executive and managerial talent, could adversely affect our business, particularly during our integration of Cephalon.***

Given the increasing size, complexity and global reach of our business and our multiple areas of focus, each of which would be a significant stand-alone company, we are especially reliant upon our ability to recruit and retain highly qualified management and other employees. We have recently experienced a number of departures of key senior executives, including the chief executive officer and the head of our European operations, and the degree of success of the transition to new management will have a significant effect upon our business results. In addition, the success of our research and development activities depends on our ability to attract and retain sufficient numbers of skilled scientific personnel. Any loss of service of key members of our organization, or any diminution in our ability to continue to attract high-quality employees, may delay or prevent the achievement of major business objectives.

In addition, the Cephalon acquisition involves the integration of two companies that have previously operated independently. The success of the combined company will depend in part upon the retention of key Cephalon employees, which may be difficult in light of the intense competition for qualified personnel in the pharmaceutical industry. The closing of the acquisition triggered the payout of employee equity awards (including those that were previously unvested) to Cephalon employees, eliminating the retention effect of such awards.

14

Table of Contents

## ITEM 6:   DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES

### Directors and Senior Management

The following tables set forth information as to the executive officers and directors of Teva as of February 15, 2012:

### Executive Officers

| Name | Age | Officer Since | Position |
|------|-----|---------------|----------|
| Shlomo Yanai* | 59 | 2007 | President and Chief Executive Officer |
| Dr. Jeremy Levin* | 58 | 2012 | President and Chief Executive Officer Designate |
| Isaac Abravanel | 57 | 2007 | Corporate Vice President, Human Resources & Chief Integration Officer |
| J. Kevin Buchi | 56 | 2011 | Corporate Vice President, Global Branded Products |
| Eyal Desheh | 59 | 2008 | Chief Financial Officer |
| Richard S. Egosi | 49 | 2010 | Corporate Vice President and Chief Legal Officer |
| Prof. Itzhak Krinsky | 59 | 2005 | Corporate Vice President—Business Development |
| Moshe Manor | 55 | 1995 | President Teva Asia & Pacific |
| William S. Marth | 57 | 2005 | President and Chief Executive Officer—Americas |
| Dr. Gerard Van Odijk** | 54 | 2006 | President and Chief Executive Officer—Teva Europe |
| Dr. Robert Koremans** | 49 | 2012 | President and Chief Executive Officer—Teva Europe Designate |
| Aharon Yaari | 60 | 2002 | Group Vice President—Teva Generics System |
| Ron Grupel | 61 | 1993 | Chief Internal Auditor |

\*     On May 9, 2012, Mr. Yanai is scheduled to step down as President and Chief Executive Officer, and Dr. Levin is scheduled to assume the office of President and Chief Executive Officer.

\*\*    On March 1, 2012, Dr. Van Odijk is scheduled to step down as President and Chief Executive Officer—Teva Europe, and Dr. Koremans is scheduled to assume the office of President and Chief Executive Officer—Teva Europe.

### Directors

| Name | Age | Director Since | Term Ends |
|------|-----|----------------|-----------|
| Dr. Phillip Frost—Chairman | 75 | 2006 | 2012 |
| Prof. Moshe Many | 83 | 1987 | 2013 |
| Roger Abravanel | 65 | 2007 | 2012 |
| Abraham E. Cohen | 75 | 1992 | 2013 |
| Amir Elstein | 56 | 2009 | 2013 |
| Chaim Hurvitz | 51 | 2010 | 2014 |
| Prof. Elon Kohlberg | 66 | 2009 | 2012 |
| Prof. Roger Kornberg | 64 | 2007 | 2013 |
| Prof. Richard A. Lerner | 73 | 2012 | 2012 |
| Joseph Nitzani (1) | 65 | 2008 | 2014 |
| Prof. Yitzhak Peterburg | 60 | 2012 | 2013 |
| Prof. Dafna Schwartz (1) | 61 | 2011 | 2014 |
| Ory Slonim | 69 | 2008 | 2014 |
| Dan S. Suesskind | 68 | 2010 | 2014 |
| Erez Vigodman | 52 | 2009 | 2012 |

(1)    Statutory independent director elected in accordance with the Israeli Companies Law.

Table of Contents

# TEVA PHARMACEUTICAL INDUSTRIES LIMITED

## Notes To Consolidated Financial Statements

In June 2011, the FASB amended its comprehensive income presentation guidance. The amendment requires entities to report components of comprehensive income in either a continuous statement of comprehensive income or two separate but consecutive statements. The guidance is effective for interim and annual periods beginning after December 15, 2011. In December 2011, the FASB indefinitely deferred certain provisions of this guidance.

In May 2011, the FASB amended its fair value measurements and disclosures guidance. The amendment clarifies the existing guidance and adds new disclosure requirements. The guidance is effective for interim and annual periods beginning after December 15, 2011. Teva believes that the adoption will not have a material impact on its consolidated financial statements.

In December 2010, the FASB issued amendments to the disclosure of pro forma information for business combinations. These amendments were effective prospectively for business combinations for which the acquisition date is on or after the beginning of the first annual reporting period beginning on or after December 15, 2010. The amendments clarify the acquisition date that should be used for reporting the pro forma financial information disclosures when comparative financial statements are presented. The amendments also improve the usefulness of the pro forma revenue and earnings disclosures by requiring a description of the nature and amount of material, nonrecurring pro forma adjustments that are directly attributable to the business combination(s).

In December 2010, the FASB issued a clarification of the accounting treatment of fees paid to the federal U.S. government by pharmaceutical manufacturers. These amendments were effective on January 1, 2011, when the fee initially became effective. According to the clarification, these fees are recorded as an operating expense in the consolidated financial statements of income. Implementing this clarification did not have a material effect on our consolidated financial statements.

## NOTE 2—CERTAIN TRANSACTIONS:

### 1) Cephalon acquisition

On October 14, 2011, Teva acquired Cephalon, Inc. ("Cephalon") for total cash consideration of $6.5 billion. Cephalon is a global biopharmaceutical company with a strong marketed portfolio and a pipeline of branded products. The acquisition diversified Teva's branded portfolio and enhanced Teva's late-stage innovative pipeline.

The acquisition was financed by borrowing under credit facilities and by the issuance of a long term debt (refer to note 10).

At the closing, Cephalon had two outstanding series of convertible debt: $820 million of 2.0% notes due 2015 and $500 million of 2.5% notes due 2014. Both series became convertible as a result of the acquisition. The aggregate amount payable upon conversion was approximately $2.1 billion. By the end of 2011, holders of effectively 100% of Cephalon's convertible debt had submitted their debt for conversion.

Cephalon's results of operations and balance sheet were included in Teva's consolidated reports commencing October 2011.

At the closing, Cephalon had contingent consideration liabilities related to future milestones payments due to the acquisition of Gemin X Pharmaceuticals, Inc. ("Gemin X") in April 2011, the acquisition of Ception Therapeutics, Inc. ("Ception") in February 2010, the acquisition of BioAssets Development Corporation ("BDC") in November 2009, and the inclusion of Alba Therapeutics Corporation ("Alba") in February 2011.

Exhibit 8

## TEVA PHARMACEUTICAL INDUSTRIES LIMITED

Subsidiaries
At December 31, 2011

| Name of Subsidiary | Percentage of Ownership and Control | Jurisdiction of Organization |
|---|---|---|
| Ivax Argentina S.A. | 100 | Argentina |
| Teva Canada Limited (formerly known as Novopharm Limited) | 100 | Canada |
| Laboratorio Chile, S.A. | 100 | Chile |
| Pliva Hrvatska d.o.o. | 100 | Croatia |
| Teva Czech Industries s.r.o. | 100 | Czech Republic |
| Teva Santé SAS | 100 | France |
| ratiopharm GmbH | 100 | Germany |
| CT- Arzneimittel GmbH | 100 | Germany |
| Teva Pharmaceutical Works Private Limited Company | 100 | Hungary |
| Teva Pharmaceutical Industries Ltd. | 100 | Israel |
| Teva Italia S.r.l. | 100 | Italy |
| Taiyo Pharmaceutical Industry Co. Ltd. | 100 | Japan |
| Taisho Pharmaceutical Industries, Ltd. | 100 | Japan |
| Lemery Desarrollo y Control, S.A. | 100 | Mexico |
| Laboratoire Théramex S.A.M. | 100 | Monaco |
| Teva Pharmaceuticals Polska sp. z o.o. | 100 | Poland |
| Teva Limited Liability Company | 100 | Russia |
| Teva Pharma S.L. | 100 | Spain |
| Teva Pharmaceuticals Europe B.V. | 100 | The Netherlands |
| Pharmachemie Holding B.V. | 100 | The Netherlands |
| Teva API B.V | 100 | The Netherlands |
| Teva UK Limited | 100 | United Kingdom |
| Teva Pharmaceuticals USA, Inc. | 100 | United States |
| Cephalon, Inc. | 100 | United States |
| Teva API, Inc. | 100 | United States |