# EXHIBIT 11

# Q Holdings, Inc.

## SC 13D
Schedule filed to report acquisition of beneficial ownership of 5% or more of a class of equity securities
Filed on 11/14/2011

THOMSON REUTERS ACCELUS™

THOMSON REUTERS

<u>Annex A</u>

EXECUTIVE OFFICERS AND DIRECTORS OF CEPHALON AND TEVA

The name, present principal occupation or employment, and the name, principal business and address of any corporation or other organization in which such employment is conducted, of each of the executive officers and directors of Cephalon and Teva is set forth below.

**Cephalon:**

<u>**Executive Officers:**</u>

| Name | Citizenship | Position/Present Principal Occupation or Employment Name and Business Address |
|---|---|---|
| William S. Marth | US | President, 1090 Horsham Road, North Wales, PA 19454 |
| Deborah A. Griffin | US | Vice President of Finance, 1090 Horsham Road, North Wales, PA 19454 |
| Austin Kim | US | Secretary, 425 Privet Road, Horsham, PA 19044 |
| Frank V. Kimick | US | Treasurer, 1070 Horsham Road, North Wales, PA 19454 |
| Brian E. Shanahan | US | Assistant Secretary, 425 Privet Road, Horsham, PA 19044 |
| Steve White | US | Assistant Treasurer, 1070 Horsham Road, North Wales, PA 19454 |

<u>**Directors:**</u>

| Name | | Position/Present Principal Occupation or Employment Name and Business Address |
|---|---|---|
| Shlomo Yanai | Israel | CEO and President, Teva, 5 Basel Street, Petach Tikva, Israel |
| William S. Marth | US | Corp. Vice President and President Teva Americas, 1090 Horsham Road, North Wales, PA 19454 |
| Richard Egosi | Israel/US | Corp. Vice President and Chief Legal Officer, Teva, 5 Basel Street, Petach Tikva, Israel |
| Deborah A. Griffin | US | Vice President of Finance, Teva Americas, 1090 Horsham Road, North Wales, PA 19454 |

**Teva:**

<u>**Executive Officers:**</u>

| Name | | Position/Present Principal Occupation or Employment Name and Business Address |
|---|---|---|
| Shlomo Yanai | Israel | CEO and President, 5 Basel Street, Petach Tikva, Israel |
| William S. Marth | US | Corp. Vice President and President Teva Americas, 1090 Horsham Road, North Wales, PA 19454 |
| Arik Yaari | Israel | Corp. Vice President, TGS, 5 Basel Street, Petach Tikva, Israel |