# EXHIBIT 13



# MYLAN PHARMACEUTICALS INC

781 Chestnut Ridge Road • P. O. Box 4310 • Morgantown, West Virginia 26504-4310 U.S.A. • (304) 599-2595

December 24, 2002

**ELECTRONIC DATA ENCLOSED**
**BIOEQUIVALENCE DATA ENCLOSED**

Office of Generic Drugs, CDER, FDA
Gary J. Buehler, Director
Document Control Room
Metro Park North II
7500 Standish Place, Room 150
Rockville, MD 20855-2773

RE:   MODAFINIL TABLETS, 100MG AND 200MG

Dear Mr. Buehler:

Pursuant to section 505(j) of the Federal Food, Drug and Cosmetic Act and 21 CFR 314.92 and 314.94, we submit the enclosed abbreviated new drug application for:
   Proprietary Name: None
   Established Name: Modafinil Tablets
   This application consists of a total of 21 volumes.
      Archival Copy - 9 volumes.
      Review Copy - 10 volumes.
         Technical Section For Chemistry - 3 volumes.
         Technical Section For Pharmacokinetics - 7 volumes.
      Analytical Methods - 2 extra copies; 1 volume each.
   NOTE: The Technical Section for Pharmacokinetics of the review copy and the archival copy each contain a set of data diskettes for the bioequivalence studies conducted in support of this application.

This application provides for the manufacture of Modafinil Tablets, 100mg and 200mg. Mylan Pharmaceuticals Inc., 781 Chestnut Ridge Road, Morgantown, WV 26505-2730, performs all operations in the manufacture, packaging, and labeling of the drug product.

It should be noted that this Abbreviated New Drug Application has been organized according to the Agency's February 1999 Guidance for Industry - 'Organization of an ANDA'. Pursuant to this guidance, Mylan commits to resolve any issues identified in the methods validation process after approval.

12-24-02A07:02 RC

G:\PROJECT\ANDA\MODAFINIL\SECTIONS-01THRU07.doc

| Department—Fax Numbers | | | | | |
|---|---|---|---|---|---|
| Accounting | (304) 285-6403 | Information Systems | (304) 285-6404 | Purchasing | (304) 598-5401 |
| Administration | (304) 599-7284 | Label Control | (800) 848-0463 | Quality Assurance | (304) 598-5407 |
| Business Development | (304) 598-5419 | Legal Services | (304) 598-5408 | Quality Control | (304) 598-5409 |
| Corporate Services | (304) 598-5404 | Maintenance & Engineering | (304) 598-5411 | Regulatory Affairs | (304) 285-6407 |
| Human Resources | (304) 598-5406 | Medical Unit | (304) 598-5445 | Research & Development | (304) 285-6409 |
| | | Product Development | (304) 285-6411 | Sales & Marketing | (304) 598-3232 |

Gary J. Buehler
Page 2 of 2

As required by 21 CFR 314.94(d)(5), we certify that a true copy of the technical sections of this application, as submitted to the Office of Generic Drugs, has been forwarded to the FDA's Baltimore District Office. The following Table of Contents and Reader's Guide detail the documentation submitted in support of this application.

All correspondence regarding this application should be directed to the attention of the undersigned at Mylan Pharmaceuticals Inc., P.O. Box 4310, 781 Chestnut Ridge Road, Morgantown WV, 26504-4310. Telephone and facsimile inquiries may also be directed to the undersigned at telephone number (304) 599-2595, extension 6600 and/or facsimile number (304) 285-6407.

Sincerely,

Frank R. Sisto
Executive Vice President
Regulatory Affairs and Generic Drug Development

FRS/dn

G:\PROJECT\ANDA\MODAFINIL\SECTIONS-01THRU07.doc