# EXHIBIT 14

 **DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

ANDA 76-594



Food and Drug Administration
Rockville MD 20857

FEB   5 2003

Mylan Pharmaceuticals, Inc.
Attention: Frank R. Sisto
781 Chestnut Ridge Road
P.O. Box 4310
Morgantown, WV 26504-4310

Dear Sir:

We acknowledge the receipt of your abbreviated new drug application submitted pursuant to Section 505(j) of the Federal Food, Drug and Cosmetic Act.

NAME OF DRUG: Modafinil Tablets, 100 and 200 mg

DATE OF APPLICATION: December 24, 2002

DATE (RECEIVED) ACCEPTABLE FOR FILING: December 24, 2002

You have filed a Paragraph IV patent certification, in accordance with 21 CFR 314.94(a)(12)(i)(A)(4) and Section 505(j)(2)(A)(vii)(IV) of the Act. Please be aware that you need to comply with the notice requirements, as outlined below. In order to facilitate review of this application, we suggest that you follow the outlined procedures below:

**CONTENTS OF THE NOTICE**

You must cite section 505(j)(2)(B)(ii) of the Act in the notice and should include, but not be limited to, the information as described in 21 CFR 314.95(c).

**SENDING THE NOTICE**

In accordance with 21 CFR 314.95(a):

- Send notice by U.S. registered or certified mail with return receipt requested to each of the following:

    1) Each owner of the patent or the representative designated by the owner to receive the notice;

2) The holder of the approved application under section 505(b) of the Act for the listed drug claimed by the patent and for which the applicant is seeking approval.

3) An applicant may rely on another form of documentation only if FDA has agreed to such documentation in advance.

## DOCUMENTATION OF NOTIFICATION/RECEIPT OF NOTICE

You must submit an amendment to this application with the following:

- In accordance with 21 CFR 314.95(b), provide a statement certifying that the notice has been provided to each person identified under 314.95(a) and that notice met the content requirements under 314.95(c).

- In accordance with 21 CFR 314.95(e), provide documentation of receipt of notice by providing a copy of the return receipt or a letter acknowledging receipt by each person provided the notice.

- A designation on the exterior of the envelope and above the body of the cover letter should clearly state "PATENT AMENDMENT". This amendment should be submitted to your application as soon as documentation of receipt by the patent owner and patent holder is received.

## DOCUMENTATION OF LITIGATION/SETTLEMENT OUTCOME

You are requested to submit an amendment to this application that is plainly marked on the cover sheet A PATENT AMENDMENT with the following:

- If litigation occurs within the 45-day period as provided for in section 505(j)(4)(B)(iii) of the Act, we ask that you provide a copy of the pertinent notification.

- Although 21 CFR 314.95(f) states that the FDA will presume the notice to be complete and sufficient, we ask that if you are not sued within the 45-day period, that you provide a letter immediately after the 45 day period elapses, stating that no legal action was taken by each person provided notice.

- You must submit a copy of a court order or judgement or a

settlement agreement between the parties, whichever is applicable, or a licensing agreement between you and the patent holder, or any other relevant information.  We ask that this information be submitted promptly to the application.

If you have further questions you may contact Gregg Davis, Chief, Regulatory Support Branch, at (301) 827-5862.

We will correspond with you further after we have had the opportunity to review the application.

Please identify any communications concerning this application with the ANDA number shown above.

Should you have questions concerning this application, contact:

Jeen Min
Project Manager
(301) 827-5849

Sincerely yours,

Wm Peter Rickman
Director
Division of Labeling and Program Support
Office of Generic Drugs
Center for Drug Evaluation and Research