IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN PHARMACEUTICALS INC., <br>    781 Chestnut Ridge Road <br>    Morgantown, WV 26505 <br><br>           Plaintiff, <br><br>       v. <br><br> KATHLEEN SEBELIUS, <br> in her official capacity as <br> SECRETARY OF HEALTH AND <br> HUMAN SERVICES, <br>    200 Independence Avenue, S.W. <br>    Washington, DC 20204, and <br><br> MARGARET HAMBURG, M.D., <br> in her official capacity as <br> COMMISSIONER OF FOOD AND DRUGS, <br>    10903 New Hampshire Ave. <br>    Rockville, MD 20993 <br><br> UNITED STATES FOOD AND DRUG <br> ADMINISTRATION, <br>    10903 New Hampshire Ave. <br>    Rockville, MD 20993 <br><br>           Defendants. | Civil Action No. |

## [PROPOSED] ORDER

1

This matter is before the Court on the motion of Plaintiff for a preliminary injunction directing Defendants to grant final approval to Plaintiff's Abbreviated New Drug Application No. 76-594.

This matter having been fully briefed and considered by the Court, it is hereby ORDERED:

That Plaintiff's motion is GRANTED.

Signed this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE