## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of MYLAN'S MOTION FOR A PRELIMINARY INJUNCTION, MYLAN'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION, DECLARATION OF ANTHONY MAURO, DECLARATION OF BRETT A. POSTAL, and [PROPOSED] ORDER were served this 5TH day of April, 2012 via hand delivery and electronic mail to the following:

KATHLEEN SEBELIUS
SECRETARY OF HEALTH AND HUMAN SERVICES
200 Independence Ave., S.W.
Washington, D.C. 20204

MARGARET HAMBURG
COMMISSIONER OF FOOD and DRUG ADMINISTRATION
10903 New Hampshire Ave.
Silver Spring, MD 20993

UNITED STATES FOOD AND DRUG ADMINISTRATION
10903 New Hampshire Ave.
Silver Spring, MD 20993

UNITED STATES ATTORNEY OFFICE
555 4th St. N.W.
Washington DC 20530

ERIC HOLDER
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave. N.W.
Washington DC 20530

_____
Nasri V. B. Hage